

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2015

No. 04-14-00890-CV

Christopher James **COLEMAN**,
Appellant

v.

**DOVER MAINTENANCE ASS'N, INC.,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01340
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

On January 12, 2015, this court ordered appellant to provide a reasonable explanation for failing to timely file the notice of appeal.  Appellant filed a response, which we deem adequate to show cause why the appeal should not be dismissed.  Therefore, we DENY appellee's Motion to Dismiss.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. Appellant's brief is due no later than March 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court